BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDOUL BA, | ) |
| | ) Case No.: 2:13-cv-1005 MCE AC |
| Plaintiff, | ) |
| | ) |
| v. | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: ABEYANCE** |
| ERIC H. HOLDER, JR., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

This is an immigration case in which plaintiff has challenged the denial of his naturalization application by U.S. Citizenship and Immigration Services (CIS). Plaintiff has recently been referred into removal proceedings. This Court's jurisdiction to consider the naturalization application is limited now that Plaintiff has been referred into proceedings. *See De Lara Bellajaro v. Schiltgen*, 378 F.3d 1042, 1043, 44 (9th Cir. 2004). Accordingly, the parties now stipulate to hold this matter in abeyance pending resolution of the removal proceedings. The parties agree to file a status report on January 24, 2015.

///

///

///

The parties submit that this change in the jurisdictional posture of the case constitutes good cause to support suspension of the Court's scheduling order of January 3, 2014.

Dated: January 23, 2014                          Respectfully submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 s/ Audrey B. Hemesath
                                                 AUDREY B. HEMESATH
                                                 Assistant United States Attorney

                                                 s/ Clifford C. Chigbu
                                                 CLIFFORD CHIGBU
                                                 Attorney for the Plaintiff

                                   ORDER

For the foregoing reasons, the case is held in abeyance. The parties shall submit a status report on January 24, 2015.

Dated: January 28, 2014

                                                 _____
                                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT

2