1   BENJAMIN B. WAGNER
    United States Attorney
2   AUDREY B. HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Email: Audrey.Hemesath@usdoj.gov
5
6   Attorneys for Defendants
7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA

9   ABDOUL BA,                          )
10                                       )   Case No.: 2:13-cv-1005 MCE AC
                      Plaintiff,         )
11                                       )
            v.                           )
12                                       )
13  ERIC HOLDER, et al.,                 )   **STATUS REPORT; JOINT**
                                         )   **STIPULATION AND ORDER RE:**
14                    Defendants.        )   **ABEYANCE**
                                         )
15                                       )
16  _____

17          This is an immigration case currently held in abeyance while plaintiff is in removal

18  proceedings.  The parties report that removal proceedings remain ongoing.  Plaintiff's next

19  hearing date in immigration court is March 15, 2016.  Because this Court's jurisdiction to

20  consider the merits of plaintiff's naturalization application remains dependent on the outcome of

21  the removal proceedings, the parties stipulate to a continuance of the abeyance period, until April

22  15, 2016, at which time the parties will file a further status report.  *De Lara Bellajaro v.*

23  *Schiltgen*, 378 F.3d 1042, 1043, 44 (9th Cir. 2004).

24

25

26

27

28

                                         1

Dated:  January 20, 2015                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
                                            Assistant United States Attorney

                                            s/ Clifford Chigbu
                                            CLIFFORD CHIGBU
                                            Attorney for the Plaintiff


                              ORDER

        For the foregoing reasons, the case remains held in abeyance.  The parties shall submit a

status report no later than April 15, 2016.

        IT IS SO ORDERED.

Dated:  January 27, 2015

                                            _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT