BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ABDOUL BA, | ) | |
|---|---|---|
| | ) | Case No.: 2:13-cv-1005 MCE AC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, et al., | ) | **STATUS REPORT; JOINT** |
| | ) | **STIPULATION AND ORDER RE:** |
| Defendants. | ) | **ABEYANCE** |
| | ) | |
| | ) | |

This is an immigration case currently held in abeyance while plaintiff is in removal proceedings. The parties report that removal proceedings remain ongoing. Plaintiff's next hearing date in immigration court is May 24, 2018. Because this Court's jurisdiction to consider the merits of plaintiff's naturalization application remains dependent on the outcome of the removal proceedings, the parties stipulate to a continuance of the abeyance period, until June 24, 2018, at which time the parties will file a further status report. *De Lara Bellajaro v. Schiltgen*, 378 F.3d 1042, 1043, 44 (9th Cir. 2004).

Dated: April 1, 2016                    Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              s/ Audrey B. Hemesath
                                              AUDREY B. HEMESATH
                                              Assistant United States Attorney

                                              s/ Clifford Chigbu
                                              CLIFFORD CHIGBU
                                              Attorney for the Plaintiff

                                           ORDER

       For the foregoing reasons, the case remains held in abeyance.  The parties shall submit a status report on June 24, 2018.

       IT IS SO ORDERED.

Dated:  April 12, 2016

                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                       UNITED STATES DISTRICT COURT