McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDOUL BA,<br><br>          Plaintiff,<br><br>          v.<br><br>JEFFERSON SESSIONS III, et al.,<br><br>          Defendants. | )   Case No.: 2:13-cv-1005 MCE AC<br>)<br>)<br>)<br>)<br>)<br>)   **STATUS REPORT; JOINT**<br>)   **STIPULATION AND ORDER RE:**<br>)   **ABEYANCE**<br>)<br>) |

This is an immigration case currently held in abeyance while plaintiff is in removal proceedings. The parties report that removal proceedings have now concluded, and United States Citizenship and Immigration Services has administratively reopened plaintiff's naturalization application. Plaintiff has been reinterviewed in relation to that application, and a decision on the application is expected shortly. Because the decision by USCIS on the naturalization application will have bearing on this lawsuit, the parties stipulate and agree to continue to hold the matter in abeyance pending a decision by USCIS. *De Lara Bellajaro v. Schiltgen*, 378 F.3d 1042, 1043, 44 (9th Cir. 2004).

1

Dated:  June 20, 2018                      Respectfully submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney

                                           s/ Audrey B. Hemesath
                                           AUDREY B. HEMESATH
                                           Assistant United States Attorney

                                           s/ Clifford Chigbu
                                           CLIFFORD CHIGBU
                                           Attorney for the Plaintiff


                                   ORDER

        For the foregoing reasons, the case remains held in abeyance.  The parties shall submit a

joint status report on or before September 7, 2018.

        IT IS SO ORDERED.

Dated:  July 2, 2018

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE