McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ABDOUL BA, | ) | |
|---|---|---|
| | ) | Case No.: 2:13-cv-01005 MCE AC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERSON SESSIONS III, et al., | ) | **JOINT STIPULATION AND ORDER RE: DISMISSAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties stipulate to dismissal of this action as plaintiff's application for naturalization has been approved.

Dated: August 28, 2018                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                          s/ Audrey B. Hemesath
                                          AUDREY B. HEMESATH
                                          Assistant United States Attorney

                                          s/ Clifford Chigbu
                                          CLIFFORD CHIGBU
                                          Attorney for the Plaintiff

1

**ORDER**

Pursuant to the stipulation of the parties and Fed. R. Civ. P. 41(a)(2), this action is hereby DISMISSED.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE